1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    RICHARD DAZO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  2:24-cr-260-DJC
                                     )
        Plaintiff,                   )  **STIPULATION AND ORDER TO CONTINUE**
12                                   )  **STATUS CONFERENCE AND EXCLUDE TIME**
        vs.                          )
13                                   )  Date:   November 21, 2024
    RICHARD LEE DAZO.                )  Time:  9:00 a.m.
14                                   )  Judge: Hon. Daniel J. Calabretta
        Defendants.                  )
15  _____ )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorneys Matthew de Moura, counsel for

18  Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Richard Lee Dazo that the Status Conference currently

20  set for November 21, 2024 at 9:00 be continued to February 6, 2025 at 9:00 a.m.

21          The parties specifically stipulate as follows:

22      1.      By previous order, this matter was set for a Status Conference to be held on

23              November 21, 2024, at 9:00 a.m.

24      2.      Mr. Trejo moves for the Status Conference to be continued to February 6, 2025 at

25              9:00 a.m.

26      3.      To date, the government has produced 99 pages and 18 audio files in discovery. It

27              plans to send more discovery to the defense shortly.

28

1  4.  Mr. Dazo requires additional time to review the discovery; investigate and

2      research possible defenses; research potential pretrial motions; explore potential

3      resolutions to the case; and otherwise prepare for trial.

4  5.  Mr. Dazo believes that failure to grant the requested continuance would deny him

5      the reasonable time necessary for effective preparation, taking into account the

6      exercise of due diligence.

7  6.  The government does not object to the continuance request.

8  7.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

9      Act), the parties request that the time period between November 21, 2024 and

10     February 6, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §

11     3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

12     granted by the Court at the defense's request, based on a finding that the ends of

13     justice served by granting the continuance outweighs the best interest of the

14     public and in a speedy trial.

15

16            Respectfully submitted,

17            HEATHER E. WILLIAMS
              Federal Defender
18

19  Date: November 18, 2024    */s/  Hootan Baigmohammadi*
              HOOTAN BAIGMOHAMMADI

20            Assistant Federal Defender
              Attorneys for Richard Dazo

21

22

23  Date: November 18, 2024    PHILLIP A. TALBERT
              United States Attorney
24

25            */s/ Matthew de Moura*
              MATTHEW DE MOURA

26            Assistant United States Attorney
              Attorneys for Plaintiff

27

28

1

<u>**O R D E R**</u>

2
3

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4
5

IT IS SO ORDERED.

6
7

Dated:  November 18, 2024                    /s/ Daniel J. Calabretta

8                                            THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28