HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE DAZO.<br><br>Defendants. | Case No. 2:24-cr-260-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: May 1, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Matthew de Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo that the Status Conference currently set for May 1, 2025 at 9:00 be continued to July 10, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a Status Conference to be held on May 1, 2025 at 9:00 a.m.

2. Mr. Dazo moves for the Status Conference to be continued to July 10, 2025 at 9:00 a.m.

3. To date, the government has produced 99 pages, 18 audio files, and grouped native files (including dash and body cameras footage) in discovery.

4. The parties are in the process of coordinating a gun viewing to take place in May 2025 that is relevant to defense investigation, potential defenses, and exploration of a possible pre-trial resolution.

5. For the reasons above, Mr. Dazo believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance request.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 1, 2025 and July 10, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Trejo

Date: April 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Matthew de Moura
MATTHEW DE MOURA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 25, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE