HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24CR260-DJC |
|---|---|
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE** |
| vs. | ) |
| RICHARD LEE DAZO, | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Richard Lee Dazo hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED: June 18, 2025                    /s/ *Richard Lee Dazo*[1]
                                        RICHARD LEE DAZO
                                        Defendant

DATED: June 18, 2025                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ *Hootan Baigmohammadi*
                                        HOOTAN BAIGMOHAMMADI
                                        Assistant Federal Defender
                                        Attorneys for Mr. Dazo

**IT IS SO ORDERED.**

Dated: June 18, 2025                     /s/ Daniel J. Calabretta
                                        DANIEL J. CALABRETTA
                                        United States District Judge

---

[1] A hand signed copy of this document will be kept in the file.