HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:24-cr-260-DJC |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| RICHARD LEE DAZO. | ) Date:   July 10, 2025 |
| Defendants. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Michele Beckwith, through Assistant United States Attorneys Matthew de Moura,

counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal

Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo that the Status

Conference currently set for July 10, 2025 at 9:00 be continued to September 11, 2025 at 9:00

a.m.

The parties specifically stipulate as follows:

1.      By previous order, this matter was set for a Status Conference to be held on July

10, 2025 at 9:00 a.m.

2.      Mr. Dazo moves for the Status Conference to be continued to September 11, 2025

at 9:00 a.m.

3.      To date, the government has produced 99 pages, 18 audio files, and grouped

native files (including dash and body cameras footage) in discovery.

4.    Defense counsel completed a gun viewing on May 29, 2025. He is still

conducting some investigation. He is also researching possible motions to file.

Mr. Dazo needs additional time to complete these matters and determine whether

litigation or a guilty plea is the best course of action.

5.    For the reasons above, Mr. Dazo believes that failure to grant the requested

continuance would deny him the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

6.    The government does not object to the continuance request.

7.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

Act), the parties request that the time period between July 10, 2025 and

September 11, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

granted by the Court at the defense's request, based on a finding that the ends of

justice served by granting the continuance outweighs the best interest of the

public and in a speedy trial.



                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

Date: July 3, 2025                       */s/  Hootan Baigmohammadi*
                                         HOOTAN BAIGMOHAMMADI
                                         Assistant Federal Defender
                                         Attorneys for Mr. Trejo



Date: July 3, 2025                       MICHELE BECKWITH
                                         Acting United States Attorney

                                         */s/ Matthew de Moura*
                                         MATTHEW DE MOURA
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**O R D E R**</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  July 7, 2025                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE