HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD LEE DAZO. <br><br> Defendants. | Case No. 2:24-cr-260-DJC <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: October 16, 2025 <br> Time: 9:00 a.m. <br> Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys Matthew de Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo that the Status Conference currently set for October 16, 2025 at 9:00 be continued to November 6, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. The Court set a Status Conference re: Trial Setting for October 16, 2025.
2. To date, the government has produced 99 pages, 18 audio files, and grouped native files (including dash and body cameras footage) in discovery.
3. Mr. Dazo moves to continue the Status conference. He is prepared to plead guilty via an open plea. Defense counsel needs to speak with government counsel about the details of an open plea with respect to what has been produced in discovery,

but government counsel is in trial in another case. Therefore, additional time is needed before a change of plea can take place.

4. For the reasons above, Mr. Dazo believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance request.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 16, 2025 and November 6, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Dazo


Date: October 10, 2025

ERIC GRANT
United States Attorney

*/s/ Matthew de Moura*
MATTHEW DE MOURA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 14, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE