1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-cr-260-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) Date: November 6, 2025 |
| RICHARD LEE DAZO. | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Special Assistant United States Attorneys Caily Nelson, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo that the Status Conference currently set for November 6, 2025 at 9:00 be continued to **December 4, 2025 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. The Court set a Status Conference re: Trial Setting for November 6, 2025.
2. To date, the government has produced 99 pages, 18 audio files, and grouped native files (including dash and body cameras footage) in discovery.
3. Mr. Dazo moves to continue the Status conference. He is prepared to plead open, but he is housed at Taft. The marshals require two weeks of notice to transport defendants with appearance waivers to court. Therefore, additional time is needed

1 before a change of plea can take place.

2     4. For the reasons above, Mr. Dazo believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5     5. The government does not object to the continuance request.

6     6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 6, 2025 and December 4, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Dazo


Date: October 31, 2025

ERIC GRANT
United States Attorney

*/s/ Caily Nelson*
CAILY NELSON
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 3, 2025         /s/ Daniel J. Calabretta
                                HON. DANIEL J. CALABRETTA
                                United States District Judge