HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24cr260-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| RICHARD LEE DAZO, | Date: April 16, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Caily Nelson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo, that the Judgment and Sentencing currently set for April 16, 2026, at 9:00 a.m. be continued to **June 11, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Dazo moves to continue the Judgement and Sentencing for compelling reasons. Defense counsel needs additional time to review the draft PSR with Mr. Dazo and prepare to submit informal objections, if necessary.

2. The government does not object to the continuance.

3. Mr. Dazo requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| **Draft PSR** | completed |
| **Informal Objections** | May 14, 2026 |
| **Final PSR** | May 21, 2026 |
| **Formal Objections** | May 28, 2026 |
| **Response to Formal Objections** | June 4, 2026 |
| **Judgment and Sentencing** | June 11, 2026 at 9:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2026          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Dazo

Date: March 26, 2026          ERIC GRANT
United States Attorney

*/s/ Caily Nelson*
CAILY NELSON
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue          -2-          *United States v. Dazo,*
2:24cr260-DJC

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  March 26, 2026                     /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE