HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Dazo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:24cr260-DJC |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date: June 11, 2026 |
| RICHARD LEE DAZO, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Caily Nelson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Richard Lee Dazo, that the Judgment and Sentencing currently set for June 11, 2026, at 9:00 a.m. be continued to **August 27, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Dazo moves to continue the Judgement and Sentencing for compelling reasons. Defense counsel is currently in trial in another case and needs additional time to adequately prepare for Mr. Dazo's sentencing.

2. The government does not object to the continuance.

3. Mr. Dazo requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

Stipulation and Order to Continue                    -1-                    *United States v. Dazo,*
2:24cr260-DJC

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | July 30, 2026 |
| **Final PSR** | August 6, 2026 |
| **Formal Objections** | August 13, 2026 |
| **Response to Formal Objections** | August 20, 2026 |
| **Judgment and Sentencing** | August 27, 2026, at 9:00 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 20, 2026      /s/  Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Dazo

Date: May 20, 2026      ERIC GRANT
United States Attorney

/s/ Caily Nelson
CAILY NELSON
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  May 21, 2026                                    /s/ Daniel J. Calabretta
                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                             UNITED STATES DISTRICT JUDGE